## ROGERS et v DIETSCHE

Ohio Appeals, 7th Dist, Trumbull Co

Decided March 8, 1935

George W. Secrest, Warren, and H. A. Mills, for plaintiffs in error.

Sieman & Sieman, Warren, for defendant in error.

For full opinion see 4 OO 69; 198 NE 194; 50 Oh Ap 326.